IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY LEE SEWELL** | **:** | **CIVIL ACTION NO. 1:15-cv-1849** |
| | **:** | |
| **Plaintiff** | **:** | **(Judge Kane)** |
| | **:** | **(Magistrate Judge Carlson)** |
| **v.** | **:** | |
| | **:** | |
| **DANIEL S. BOWMAN, et al.** | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## O R D E R

Before the Court in the captioned action is a September 24, 2015 Report and

Recommendation of the Magistrate Judge.  No timely objections have been filed.

**ACCORDINGLY**, this 14th day of October 2015, upon review of the record and

the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Carlson (Doc. No. 6).

2)   Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is

**GRANTED**.

3)   Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** for

failure to state a claim upon which relief can be granted.

4)  The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania